STATE OF NEW YORK )

COUNTY OF MONROE )

**DILYS FARNEY**, being duly sworn, deposes and says:

That the deponent is the Plaintiff in the within action; that the deponent has read the foregoing COMPLAINT and knows the contents thereof; that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes them to be true.

_____
Dilys Farney

Sworn to before me this
17th day of April, 2018

_____
Notary Public

```
Debbie D. Brown
Notary Public, State of New York
No. 01BR6209260
Qualified in Monroe County
Commission Expires 7-20-21
```

STATE OF NEW YORK )

COUNTY OF MONROE )

**DAVID SEUBERT**, being duly sworn, deposes and says:

That the deponent is the Plaintiff in the within action; that the deponent has read the foregoing COMPLAINT and knows the contents thereof; that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes them to be true.

_____
David Seubert

Sworn to before me this
16 day of April, 2018

_____
Notary Public

FRANK R. GALUSHA, Notary Public
State of New York, Monroe County
Commission Expires ~~March 30, 19~~
AUGUST 13, 2019

STATE OF NEW YORK )

COUNTY OF Monroe )

RICHARD HASTINGS, being duly sworn, deposes and says:

That the deponent is the Plaintiff in the within action; that the deponent has read the foregoing COMPLAINT and knows the contents thereof; that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes them to be true.

_____
Richard Hastings

Sworn to before me this
16 day of April, 2018

_____
Notary Public

FRANK R. GALUSHA, Notary Public
State of New York, Monroe County
Commission Expires March 30, 19
AUGUST 13, 2019

STATE OF NEW YORK )

COUNTY OF MONROE )

**CAROLINE TOLBERT**, being duly sworn, deposes and says:

That the deponent is the Plaintiff in the within action; that the deponent has read the foregoing COMPLAINT and knows the contents thereof; that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes them to be true.

_____
Caroline Tolbert

Sworn to before me this
16 day of April, 2018

_____
Notary Public

FRANK R. GALUSHA, Notary Public
State of New York, Monroe County
Commission Expires March 30, 19
AUGUST 13, 2019

STATE OF NEW YORK )
COUNTY OF MONROE )

**LYNN LANPHEAR**, being duly sworn, deposes and says:

That the deponent is the Plaintiff in the within action; that the deponent has read the foregoing COMPLAINT and knows the contents thereof; that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes them to be true.

_____
Lynn Lanphear

Sworn to before me this
16 day of April, 2018

_____
Notary Public

FRANK R. GALUSHA, Notary Public
State of New York, Monroe County
Commission Expires ~~March 30, 19~~
AUGUST 13, 2019

STATE OF NEW YORK )

COUNTY OF MONROE )

**MARK WHELAN**, being duly sworn, deposes and says:

That the deponent is the Plaintiff in the within action; that the deponent has read the foregoing COMPLAINT and knows the contents thereof; that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes them to be true.

_____
Mark Whelan

Sworn to before me this
16 day of April, 2018

_____
Notary Public
FRANK R. GALUSHA, Notary Public
State of New York, Monroe County
Commission Expires March 30, 19
AUGUST 13, 2019

STATE OF NEW YORK )

COUNTY OF MONROE )

**LINDA LANPHEAR,** being duly sworn, deposes and says:

That the deponent is the Plaintiff in the within action; that the deponent has read the foregoing COMPLAINT and knows the contents thereof; that the same is true to deponent's own knowledge, except as to the matters therein stated to be alleged upon information and belief, and that as to those matters, deponent believes them to be true.

*Linda Lanphear*
Linda Lanphear

Sworn to before me this
16 day of April, 2018

*Frank R. Galusha*
Notary Public

FRANK R. GALUSHA, Notary Public
State of New York, Monroe County
Commission Expires March 30, 19—
AUGUST 13, 2019