

PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT
MICHAEL P. SIRAVO

OF COUNSEL

EDWARD P. RA
ROBERT G. LIPP †
ROBERT R. McMILLAN  (Retired)

*   ALSO ADMITTED IN FL
**  ALSO ADMITTED IN NJ
†   DECEASED

SENIOR ASSOCIATE

ANGELO M. BIANCO

ASSOCIATES

† BRIAN A. SUPER
**STEPHEN L. MARTIR
DEANNA D. PANICO
ANDREW K. PRESTON
PETER OLIVERI, JR.
AMOS BRUNSON, JR.

MAILING/SERVICE ADDRESS

NASSAU COUNTY OFFICE

April 18, 2018

<u>Via ECF</u>
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

Attn:   The Chambers of Hon. Frank P. Geraci, Jr.
        Chief United States District Judge

    Re:   Seubert et al v. Andrew M. Cuomo, et al.
          USDC WDNY Docket No.: CV 18-6303
          Our File No.: 7137-1801

Dear Judge Geraci,

This office represents the Plaintiffs in the above-referenced action. I write to respectfully request that, should Your Honor execute the proposed Order to Show Cause submitted by Plaintiffs (DE:2), that said order be returnable on either Tuesday, April 24, 2018 or Wednesday, April 25, 2018.

The reason for this request is twofold; my office is located in Long Island and travel to Rochester will require a certain measure of planning. Additionally, I have pre-existing plans to be out of the state starting on April 26, 2018.

I thank the Court in advance for consideration of this request.

                    Respectfully submitted,

                    /s/

                    Andrew K. Preston

Nassau County Office: 170 Old Country Road • Suite 200 • Mineola, NY 11501 • Telephone (516) 746-5599 • Fax (516) 746-1045
Suffolk County Office: 105 Maxess Road • Suite 121 • Melville, NY 11747 • Telephone (631) 501-1030 • Fax (631) 501-5995