UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -- - X   Docket No.:

**DAVID SEUBERT, CAROLINE TOLBERT, MARK WHELAN, DILYS FARNEY, RICHARD HASTINGS, LYNN LANPHEAR** and **LINDA LANPHEAR** and for all similarly situated voters of the Twenty-Fifth Congressional District in the State of New York,

**18-CV-6303**

**SUMMONS**

**Plaintiffs,**

-against-

**ANDREW M. CUOMO, in his official capacity as Governor of the State of New York, THE NEW YORK STATE BOARD OF ELECTIONS,** and **THE MONROE COUNTY BOARD OF ELECTIONS**

**Defendant.**

\- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**SUMMONS IN A CIVIL ACTION**

TO:   ANDREW M. CUOMO, in his official capacity as
Governor of the State of New York
State Capitol
Albany, New York 12224

Secretary of State, State of New York
Department of State – New York City Location
123 Williams Street
New York, New York 10038

New York State Board of Elections
40 North Pearl Street, Suite 5,
Albany NY 12207

Monroe County Board of Elections
c/o Office of the Monroe County Attorney
307 County Office Building
39 W. Main Street, Rochester NY 14614

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the Plaintiffs an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the Plaintiff's attorney, whose name and address are: ANDREW PRESTON, 170 Old Country Road, suite 200, Mineola New York 11501; Telephone (516) 746-5599.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 4/19/2018

Mary C. Loewenguth
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*