

| | | |
|---|---|---|
| PETER A. BEE* | | SENIOR ASSOCIATE |
| RICHARD P. READY | | |
| PETER M. FISHBEIN | | ANGELO M. BIANCO |
| JAMES R. HATTER | | |
| THOMAS J. DONOVAN † | | ASSOCIATES |
| KENNETH A. GRAY | | |
| DONALD J. FARINACCI | | † BRIAN A. SUPER |
| WILLIAM C. DeWITT | **BRFH&D** | **STEPHEN L. MARTIR |
| MICHAEL P. SIRAVO | ATTORNEYS-AT-LAW | DEANNA D. PANICO |
| | | ANDREW K. PRESTON |
| OF COUNSEL | | PETER OLIVERI, JR. |
| | | AMOS BRUNSON, JR. |
| EDWARD P. RA | | |
| ROBERT G. LIPP † | | |
| ROBERT R. McMILLAN  (Retired) | | MAILING/SERVICE ADDRESS |
| | April 19, 2018 | |
| *   ALSO ADMITTED IN FL | | NASSAU COUNTY OFFICE |
| ** ALSO ADMITTED IN NJ | | |
| †   DECEASED | | |

**Via ECF**
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

Attn:   The Chambers of Hon. Frank P. Geraci, Jr.
         Chief United States District Judge

   **Re:   Seubert et al v. Andrew M. Cuomo, et al.
          USDC WDNY Docket No.: CV 18-6303
          Our File No.: 7137-1801**

Dear Judge Geraci,

This office represents the Plaintiffs in the above-referenced action. I write to respectfully request an expedited hearing in this matter. For the reasons articulated in the Complaint (DE:1), which requested Declaratory and Injunctive Relief and for Immediate Consideration commenced by proposed Order to Show Cause (DE:2), we believe that an expedited return date of the Proposed Order to Show Cause is warranted in this matter. We respectfully that said Order be returnable on either Tuesday, April 24, 2018 or Wednesday, April 25, 2018.

The reason for this request is twofold; my office is located in Long Island and travel to Rochester will require a certain measure of planning. Additionally, I have pre-existing plans to be out of the state starting on April 26, 2018.

I thank the Court in advance for consideration of this request.

              Respectfully submitted,

                       /s/

              Andrew K. Preston