

PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT
MICHAEL P. SIRAVO

OF COUNSEL

EDWARD P. RA
ROBERT G. LIPP †
ROBERT R. McMILLAN  (Retired)

\*   ALSO ADMITTED IN FL
\*\* ALSO ADMITTED IN NJ
†   DECEASED

SENIOR ASSOCIATE

ANGELO M. BIANCO

ASSOCIATES

† BRIAN A. SUPER
\*\*STEPHEN L. MARTIR
DEANNA D. PANICO
ANDREW K. PRESTON
PETER OLIVERI, JR.
AMOS BRUNSON, JR.

MAILING/SERVICE ADDRESS

NASSAU COUNTY OFFICE

**BRFH&D**

ATTORNEYS-AT-LAW

April 25, 2018

**Via ECF**
United States District Court
Western District of New York
100 State Street
Rochester, New York 14614

Attn:   The Chambers of Hon. Frank P. Geraci, Jr.
        Chief United States District Judge

   Re:   Seubert et al v. Andrew M. Cuomo, et al.
         USDC WDNY Docket No.: CV 18-6303
         Our File No.: 7137-1801

Dear Judge Geraci,

This office represents the Plaintiffs in the above-referenced action. We write to advise the court of an update in current events that we believe is instructive in the matter at bar. On April 6, 2018, Blake Farenthold resigned as Representative of Texas' 27th Congressional District.[1] Only yesterday, Texas Governor Greg Abbott ordered a Special Election be held on Saturday, June 30, 2018.[2] Had this executive order been issued before the submission of our moving papers (DE: 2), we certainly would have included this information.

We thank the court for its consideration of this matter.

                              Respectfully submitted,

                                      /s/

                              Andrew K. Preston

---

[1] https://www.texastribune.org/2018/04/24/texas-greg-abbott-special-election-blake-farenthold-june-30/
[2] https://gov.texas.gov/news/post/governor-greg-abbott-orders-emergency-special-election-for-the-27th-congressional-district-of-texas

Nassau County Office:  170 Old Country Road • Suite 200 • Mineola, NY 11501 • Telephone (516) 746-5599 • Fax (516) 746-1045
Suffolk County Office:  105 Maxess Road • Suite 121 • Melville, NY  11747 • Telephone (631) 501-1030 • Fax (631) 501-5995