AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of New York

| | |
|---|---|
| DAVID SEUBERT, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| ANDREW M. CUOMO, in his official capacity as | ) |
| Governor of the State of New York, et al. | ) |
| *Defendant* | ) |

Civil Action No.    18-CV-6303-FPG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

[X] other:   the complaint is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

[X] decided by Judge _____ Frank P. Geraci, Jr. _____ on a motion for   N/A

Date:   _____ Apr 22, 2019 _____

*CLERK OF COURT*

s/Mary C. Loewenguth

_____

*Signature of Clerk or Deputy Clerk*